GEORGE PORTO v. HARRY GOLDFARB AND MONMOUTH COUNTY BOARD OF CHOSEN FREEHOLDERS.

May 6, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH KAZLAUSKAS.

May 6, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES RILEY.

June 3, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. MILTON HANNAH.

June 4, 1975. Petition for certification denied.

JERROLD. B. GOLDSTEIN v. BOARD OF ADJUSTMENT OF THE TOWNSHIP OF MILLBURN.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT HACKETT.

June 4, 1975. Petition for certification denied.